Plaintiff's Name **Trammel, Demarion**
Inmate No. **BD 2043**
Address **P.O. Box 1050**
**Soledad, CA 93960**

FILED
SEP 21 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Name of Plaintiff)                                    (Case Number) **1:20-CV-01344-JDP (PC)**

vs.

**S. Garza**
**C. Archiga**
**M. Villanueva**

(Names of all Defendants)

AMENDED CIVIL RIGHTS COMPLAINT UNDER:

[X] 42 U.S.C. 1983 (State Prisoner)

[ ] Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)

I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):

   A. Have you brought any other lawsuits while a prisoner? Yes____ No ✓

   B. If your answer to A is yes, how many? _____

   Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

   1. Parties to this previous lawsuit:

      Plaintiff _____

      Defendants _____

RECEIVED
SEP 21 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

   2. Court (if Federal Court, give name of District; if State Court, give name of County) _____

   3. Docket Number _____   4. Assigned Judge _____

   5. Disposition (Was the case dismissed? Appealed? Is it still pending?) _____

6. Filing Date (approx.) _____    7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes ✓   No ___

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes ✓   No ___

C. Is the process completed?

Yes ✓   If your answer is yes, briefly explain what happened at each level.

They Bi passed the first level And Granted Parshally At the Second level. See 602 106 # CCI-0-20-00681

No ___   If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name M. Villanueva   is employed as CO or Peace officer
Current Address/Place of Employment CCI PO Box 1902 Tehachapi, CA 93581

B. Name  S. Garza  is employed as  CO or officer

Current Address/Place of Employment  CCI PoBox 1906 Tehachapi CA 93581

C. Name  C Archiga  is employed as  CO or peace officer

Current Address/Place of Employment  CCI PO BOX 1906 Tehachapi CA 93581

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Civil rights violated was excessive force And cruel And unusual punishment.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

On February twenty forth 2020, I was Beat up By C.O Villanueva wile officer C. rchiga held me Down. first I flagged Down officer S. Garza. Garza Told me to Sit in the Day room. Then two minutes later M. Villanueva And C. Archiga walked In. I let them know I was suicidal And That my unti Died. They completeley ignored me, and

They Tryed to force me Back into the cell. I Agin Asked to speak to A SchYC Technition. They Also Denied me medical Attention. After ABout three minutes they slamed me, And m Villanueva Begin to Punch me in the face And liP. wile officer C. Archiga was holding me Down. Do to my scholiosis I was not ABle to funtion for two weeks. M. Villanueva Busted my lip in the process. Then I got escorted out of the Biulding. The In the rotensa C. Archiga soched me in the riBs And Biused my riBs.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

eccessive force was one of the violated rules.

**Supporting Facts** (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

Punitive Damegies / money Compinsations And Stay Away from Assulting officers Such as S Garza - C Arahiga - And M. Villanueva

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-17-20    Signature of Plaintiff: _____

(Revised 4/4/14)

Case 1:20-cv-01344-HBK   Document 1   Filed 09/21/20   Page 5 of 5