UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARION TRAMMEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. GARZA, *et al*.,<br><br>　　　　　Defendant. | Case No. 1:20-cv-01344-JDP (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $400.00 filing fee or applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, it is hereby ordered that:

Within forty-five days of the date of service of this order, plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.

1

IT IS SO ORDERED.

Dated:   September 24, 2020                      _____
                                                  UNITED STATES MAGISTRATE JUDGE

No. 205.