Plaintiff's Name Demarion marcuel tromthey
Inmate No. BD2043
Address PO Box 1050
Soledad CA 93960

FILED
AUG 05 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

(Name of Plaintiff)

Case Number: 1:20CV01344 HBK(PC)

vs.

C. ARCHIGA
M. VILLANUEVA

(Names of all Defendants)

AMENDED CIVIL RIGHTS COMPLAINT UNDER:

☒ 42 U.S.C. 1983 (State Prisoner)

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

RECEIVED
AUG 05 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**I. Previous Lawsuits** (list all other previous or pending lawsuits on additional page):

A. Have you brought any other lawsuits while a prisoner? Yes____ No ✓

B. If your answer to A is yes, how many? _____

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if Federal Court, give name of District; if State Court, give name of County) _____

3. Docket Number _____ 4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)

6. Filing Date (approx.) _____     7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:**   Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."  42 U.S.C. § 1997e(a).  Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002).  If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

   A. Is there an inmate appeal or administrative remedy process available at your institution?

   Yes __✓__   No _____        NA

   B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

   Yes __✓__   No _____

   C. Is the process completed?

   Yes __✓__     If your answer is yes, briefly explain what happened at each level.

   _I Got ParShally Granted on the Second level And on the Second level I Got Denied And on the theird level I Got dined._

   _____

   _____

   No _____     If your answer is no, explain why not.

   _____

   _____

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below.  If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

   A. Name __C. ARCHIGA__ is employed as __Correctional officer__

   Current Address/Place of Employment __CCI Tahachipi__

B. Name **M. VILLANUEVA** is employed as **Correctional officer**

Current Address/Place of Employment **CCI Tahachipi State prison**

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

**Claim 1:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

In this current situation my freedom from Cruel And unusual Punishment has Bee violated.

**Supporting Facts** (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

On february 24, 2020 I flagged down Defendent Garza who Told me to set on the day room. officers Villanueva And Archiga And Tried To force me Back Into my Cell. I told them That I needed to talk To A Sphyic Because I was Suicidal Due to the fact That my Aunty Died. And they denied no medical treatment.

After a two minutes I was Ponch in the face After I was Piled And AS I was held Down By Archiga. I was hed down I was contuniusly Punched. I was escorted to the rotunda And Archega Punched me In my riBS Brusing them. I was In A car crash So when I was socks it hurt me for more then two weeks. And I had A Black eye and and Busted lip.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I Am Seeking relief for Ponitive And compensatery damages And / * Stay Away from Assaulting officers

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8-2-22     Signature of Plaintiff: _____

(Revised 4/4/14)