UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARION TRAMMEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. ARCHIGA, M. VILLANUEVA,<br><br>　　　　　Defendants. | Case No.  1:20-cv-01344-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF<br><br>DOC. NO. 23 |

　　　　Pending before the Court is Plaintiff's construed motion seeking various forms of relief filed January 27, 2023.  (Doc. No. 23).  Plaintiff, a prisoner, is proceeding pro se in this action on his First Amended Complaint alleging an Eighth Amendment excessive use of force claim.  (Doc. No. 16).  Plaintiff's construed motion is rambling and cryptic.  To the extent discernable, Plaintiff requests he be provided "relief of money in the form of an unlimited debit card," and internet so he may attend on-line college classes.  (*Id.*).  On December 12, 2022, the Court referred this case to early Alternative Dispute Resolution (ADR).  (Doc. No. 22).  To the extent Plaintiff intends his motion as a proposed settlement of this action, he should convey such demand to counsel for Defendants during settlement negotiations.

　　　　////

1  Accordingly, it is **ORDERED**:

2  Plaintiff's construed motion seeking various forms of relief (Doc. No. 23) is DENIED.

Dated: February 22, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE