UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARION TRAMMEL,<br><br>   Plaintiff,<br><br>   v.<br><br>C. ARCHIGA and M. VILLANUEVA,<br><br>   Defendants. | Case No. 1:20-cv-01344-HBK (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO FORWARD PLAINTIFF'S CONFIDENTIAL CORRESPONDENCE TO DEFENSE COUNSEL |

On or about June 12, 2023, Plaintiff submitted to the Court a document that appeared to be intended for Defense counsel in this matter. The document outlined Plaintiff's settlement position and was apparently prepared in preparation for a scheduled settlement conference to be held on July 21, 2023 before Judge Baker. (*See* Doc. No. 27 at 2, ¶ 4) (directing Plaintiff to submit to Defendants by mail, no later than June 14, 2023 "a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed 5 pages.").

Plaintiff noted in his filing that he "do[es] not have the Attorney [sic] Generals [sic] Adress [sic] due to circumstances [sic] . . ." Because the filing was apparently intended for Defense counsel and contains confidential settlement information, the Court will not docket it but instead request that the Clerk of Court, as a one-time courtesy, provide a copy of Plaintiff's filing to Defense counsel Ethan Allen Turner at their address of record.

Plaintiff is directed to send all future communications intended for Defense counsel to:

>Ethan Allen Turner
>California Department of Justice
>1300 I Street
>Sacramento, CA 95814
>916-210-7898
>Email: Ethan.Turner@doj.ca.gov

ACCORDINGLY, it is ORDERED:

The Clerk shall not docket the document received by Plaintiff on or about June 12, 2023 but shall forward it to counsel for defendant.

Dated:   June 23, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2