**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEMARION TRAMMEL, | Case No. 1:20-cv-01344-HBK (PC) |
| Plaintiff, | |
| v. | |
| C. ARCHIGA, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

Demarion Trammel, CDCR #BD-2043, a necessary and material witness in a settlement conference in this case on July 21, 2023, is confined in the California Medical Facility (CMF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, and his legal papers, before Magistrate Judge Christopher D. Baker, by Zoom video conference from his place of confinement, on Friday, July 21, 2023 at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, and the inmate's legal papers, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Medical Facility at (707) 469-6006 or via email.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Susan Hall, Courtroom Deputy, at shall@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CMF, 1600 California Dr., Vacaville, California 95687:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

\\\\
\\\\
\\\\
\\\\

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:   June 26, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

