ROB BONTA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
ETHAN A. TURNER
Deputy Attorney General
State Bar No. 294891
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7898
Fax:
E-mail: Ethan.Turner@doj.ca.gov
*Attorneys for Defendants*
*Christopher Arechiga*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DEMARION TRAMMEL,**<br>Plaintiff,<br>**v.**<br>**C. ARECHIGA, et al.,**<br>Defendants. | 1:20-cv-01344-HBK<br>**STIPULATION FOR VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41**<br>Judge: The Honorable Helena M. Barch-Kuchta<br>Action Filed: 9/21/2020 |

Pro se Plaintiff, **DEMARION TRAMMEL** (Plaintiff), and Defendants, **C. ARCHIGA and M. VILLANUEVA** (Defendants), through their counsel of record, have agreed to voluntarily dismiss this case without prejudice.

On July 21, 2023, Plaintiff and counsel for Defendants appeared before the Honorable Christopher D. Baker for a settlement conference, following which each party stipulated, on the record, to voluntarily dismiss the matter without prejudice.

Accordingly, the parties respectfully move the Court under Federal Rule of Civil Procedure 41(a)(2) to voluntarily dismiss this action without prejudice.

Each party will bears its own costs and fees.

**THE PARTIES SO STIPULATE.**

Dated: 7/21/23

*Plaintiff in pro se*

Dated: July 21, 2023

ETHAN A. TURNER
Deputy Attorney General
*Attorneys for Defendants*
*C. Arechiga and M. Villanueva*

SA2022304631

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **DEMARION TRAMMEL,**<br>Plaintiff,<br>**v.**<br>**C. ARECHIGA, et al.,**<br>Defendants. | 1:20-cv-01344-HBK<br>**[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On the parties filed a Joint Motion to Dismiss all claims against Defendants C. Arechiga and M. Villanueva without prejudice. The Court **GRANTS** the Motion and dismisses this action without prejudice.

IT IS SO ORDERED.

Dated: ______________________

The Honorable Helena M. Barch-Kuchta

# CERTIFICATE OF SERVICE

Case Name: **Demarion Trammel (BD2043) v. S. Garza, et al.** No. **1:20-cv-01344-HBK**

I hereby certify that on July 24, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41; [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 24, 2023, at Sacramento, California.

| N. Quinonez | ***/s/ Natalie Quinonez*** |
| --- | --- |
| Declarant for eFiling | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On July 24, 2023, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Demarion Trammel
BD-2043
CALIFORNIA MEDICAL FACILITY (2000)
PO BOX 2000
Vacaville, CA 95696-2000

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on July 24, 2023, at Sacramento, California.

| T. Yeh | */s/Tamara Yeh* |
|---|---|
| Declarant for Service by U.S. Mail | Signature |

SA2022304631
37363894.docx